United States District Court
Southern District of Texas
**ENTERED**
February 06, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

UNITED STATES OF AMERICA,                §
                                         §
                                         §
VS.                                      §      CRIMINAL ACTION NO. H-24-371
                                         §
                                         §
MARY BROWN, *et al.*                     §

**O R D E R**

Defendant Donte Watson filed an unopposed motion for continuance, (Docket Entry No.

756).  The court finds that the interests of justice are served by granting this continuance and that

those interests outweigh the interests of the public and the defendants in a speedy trial. The motion

for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 5, 2025 |
| Responses are to be filed by: | May 27, 2025 |
| Interim Pretrial conference is reset to: | **April 17, 2025, at 10:00 a.m.** |
| Final Pretrial conference is reset to**:** | **July 17, 2025, at 10:00 a.m.** |
| Jury selection is reset to: | **July 24-25, 2025, at 9:00 a.m.** |
| Jury trial will begin: | **July 28, 2025, at 9:00 a.m.** |

The parties are required to disclose any expert witness information by **April 8, 2025**.

SIGNED on February 6, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge